THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Hollie Wright, Jr., Appellant.
 
 
 
 
 

Appeal From Richland County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2008-UP-667
 Submitted December 1, 2008  Filed
December 8, 2008    

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Assistant Attorney General Michelle J. Parsons,
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Hollie Wright, Jr., appeals his conviction
 and sentence for criminal domestic violence of a high and aggravated nature
 arguing the trial court erred in refusing to grant a mistrial.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Tucker,
 324 S.C. 155, 169, 478 S.E.2d 260, 267 (1996) (finding an issue waived for
 appellate review when a trial courts offer of a curative instruction is
 refused); State v. Watts, 321 S.C. 158, 164, 467 S.E.2d 272, 276 (Ct.
 App. 1996) (finding a rejection of the trial courts offer to give a curative
 instruction waives any complaint to the challenged testimony). 
AFFIRMED.
HEARN, C.J., SHORT and KONDUROS,JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.